# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, D. Brooks | Third Circuit Court of Appeals | 05/02/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge-Active | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

US Court of Appeals, Ste 203
1798 Old Route 220N
Duncansville, PA 16635

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Counselors | Penn State University - Dickinson School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | The Pennsylvania State University-Dickinson School of Law-Adjunct Professor Fall Semester- See Part VIII | $23,563.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Reliance Bank - Vice President, Business Banker - Salary ▪ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Penn State University Dickinson School of Law | 06/30/2013-07/13/2013 | Istanbul, Turkey | Speaker for education program | Travel, food and lodging |
| 2. | Federalist Society, University of Pennsylvania Law School Chapter | 02/05/2013-02/06/2013 | Philadelphia, PA | Speaker for education program | Travel, food and lodging |
| 3. | Lewis & Clark Law School | 02/15/2013-02/18/2013 | Portland, OR | Moot Court Competition | Travel, food and lodging |
| 4. | Federalist Society, University of Chicago Law School Chapter | 03/28/2013-03/29/2013 | Chicago, IL | Speaker for education program | Travel, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/02/2014 |

| # | | Dates | Location | Purpose | Items |
|---|---|---|---|---|---|
| 5. | Federalist Society, University of Alabama School of Law | 04/02/2013-04/03/2013 | Tuscaloosa, AL | Speaker for education program | Travel, food and lodging |
| 6. | New York Intellectual Property Law Assoc. | 03/22/2013-03/24/2013 | New York, NY | Activity of Professional Association | Travel, food and lodging |
| 7. | Gwynedd Mercy College | 04/12/2013-04/14/2013 | Gwynedd Valley, PA | Speaker for education program | Lodging |
| 8. | Drexel Law School, American Constitution Society Chapter | 09/19/2013-09/19/2013 | Philadelphia, PA | Speaker for education program | Travel |
| 9. | New York Law School | 09/21/2013-09/22/2013 | New York, NY | Moot Court Competition | Travel, food and lodging |
| 10. | Penn State University Dickinson School of Law | 09/22/2013-09/23/2013 | State College, PA | Speaker for education program | Lodging |
| 11. | Florida State University, College of Law | 10/01/2013-10/03/2013 | Tallahassee, FL | Speaker for education program | Travel, food and lodging |
| 12. | Penn State University Dickinson School of Law | 10/08/0213-10/09/2013 | Carlisle, PA | Educational Activity | Lodging |
| 13. | Federalist Society, Brigham Young Universtiy Law School Chapter | 10/28/2013-10/30/2013 | Provo, UT | Speaker for education program | Travel, food and lodging |
| 14. | The Aspen Institute | 11/07/2013-11/08/2013 | Washington, DC | Educational seminar | Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, D. Brooks** | 05/02/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FNB Corp (common ▓ | A | Dividend | J | T | | | | | |
| 2. Fifth Third Bancorp ▓ | A | Dividend | J | T | | | | | |
| 3. M&T Bank (common ▓ | C | Dividend | M | T | | | | | |
| 4. Principal Global Investors ▓ (1) Bond & Mortgage | A | Int./Div. | K | T | | | | | |
| 5. Principal Real Estate Inv ▓ (1) Principal US Property | A | Int./Div. | J | T | | | | | |
| 6. Principal Global Investors ▓ (1) Prin LargeCap S&P 500 Inde | C | Int./Div. | K | T | | | | | |
| 7. Principal Global/Barrow Hanley ▓ (1) MidCap Value III | A | Int./Div. | J | T | | | | | |
| 8. Principal Global Investors/DFA ▓ (1) International SmallCap | B | Int./Div. | K | T | | | | | |
| 9. Northwestern Mutual Life Ins(Universal Life Policies) | D | Dividend | M | T | | | | | |
| 10. Reliance Bank IRA ▓ | A | Interest | K | T | | | | | |
| 11. Reliance Bank IRA (2) | A | Interest | J | T | Distributed (part) | 09/26/13 | L | A | |
| 12. | | | | | Distributed (part) | 11/25/13 | K | A | |
| 13. Reliance Bank-Checking Account ▓ | A | Interest | K | T | | | | | |
| 14. Reliance Bank-Checking Account ▓ | A | Interest | J | T | | | | | |
| 15. AllianceBernstein/CCI/Brown SmallCap Growth ▓ (1) | B | Int./Div. | K | T | | | | | |
| 16. AST Preservation Asset Allocation ▓ (1) | A | Int./Div. | M | T | | | | | |
| 17. AST Advanced Strategies Portfolio ▓ (1) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Reliance Bank-Savings Account | A | Interest | J | T | | | | | |
| 19. Principal Stable Value Fund (1) | A | Interest | L | T | | | | | |
| 20. Reliance Bank-Savings Account | A | Interest | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 05/02/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Smith, D. Brooks** | 05/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IIIA: Represents services for the year 2013

Part VII:
1) Held in ▓▓▓▓ Reliance Bank 401(k)
2) Self directed IRA

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ D. Brooks Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544